**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NATHAN RUTKOWSKI and MARTIN HARPER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

PHILADELPHIA ENERGY SOLUTIONS, L.L.C. and PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING, L.L.C.,

Defendant.

Civil Action No. 2:19-cv-02849-MMB

**JURY TRIAL DEMANDED**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss without prejudice all of their claims against Defendant Philadelphia Energy Solutions, L.L.C.

The second Defendant in this action, Philadelphia Energy Solutions Refining and Marketing, L.L.C., has filed for Chapter 11 Bankruptcy and is the subject of an adversary proceeding in the United States Bankruptcy Court for the District of Delaware. *See* Docket Entry No. 6.

Dated: August 6, 2019

Respectfully submitted,

By: */s/ Benjamin F. Johns*

Benjamin F. Johns (PA ID No. 201373)
Andrew W. Ferich (PA ID No. 313696)
Alex M. Kashurba (PA ID No. 319003)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Email: bfj@chimicles.com

awf@chimicles.com
amk@chimicles.com

*Attorneys for Plaintiffs*