IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN RUTKOWSKI and MARTIN HARPER, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>PHILADELPHIA ENERGY SOLUTIONS, L.L.C. and PHILADELPHIA ENERGY SOLUTIONS REFINING AND MARKETING, L.L.C.,<br><br>    Defendant. | Civil Action No. 2:19-cv-02849-MMB<br><br><br><br>**JURY TRIAL DEMANDED**<br><br><br><br>**CLASS ACTION** |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through the undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41, and consistent with the Settlement Agreement and Release filed and approved in the United States Bankruptcy Court for the District of Delaware, the above captioned action is hereby dismissed with prejudice. The parties will bear their own costs and attorneys' fees in this matter.

Dated: July 7, 2020

Respectfully submitted,

By: _____
Benjamin F. Johns (PA ID 201373)
Andrew W. Ferich (PA ID 313696)
Alex M. Kashurba (PA ID 319003)
**CHIMICLES SCHWARTZ KRINER**
 **& DONALDSON-SMITH LLP**
361 W. Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Email: bfj@chimicles.com
       awf@chimicles.com
       amk@chimicles.com

*Attorneys for Plaintiffs*

By: /s/ Elizabeth A. Malloy
   Elizabeth A. Malloy (PA I.D. 48297)
   Thomas S. Giotto (PA I.D. 39568)
   Mark E. Felger (PA I.D. 56266)
   **COZEN O'CONNOR**
   1650 Market Street
   Suite 2800
   Philadelphia, PA  10193
   (215) 665-4792
   Email: EMalloy@cozen.com
      TGiotto@cozen.com
      MFelger@cozen.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                              */s/ Benjamin F. Johns*
                                               Benjamin F. Johns